IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GULED HASSAN DURAN (ISN 10023),

*Petitioner*,

v.

DONALD J. TRUMP, *et al*.,

*Respondents*.

Civil Action No. 16-CV-2358 (RBW)

**RESPONDENTS' STATUS REPORT ADDRESSING LEGAL MAIL**

In response to the oral order issued by the Court during the Status Conference held on March 13, 2018, Respondents hereby submit this status report addressing the timing and deadlines for Petitioner's counsel to submit legal mail to the Department of Defense for delivery to Petitioner.

As Respondents' explained during the status conference, the Department of Defense will increase the frequency of legal mail courier deliveries to and from Guantanamo Bay to once per week in order to comply with the Court's February 21, 2018 Order that there be "a maximum delay of ten days between the dispatch and receipt of legal mail." *See* ECF No. 39. The flight schedule is currently set for the next ninety days and, beginning on March 27, 2018, couriers will carry legal mail back and forth between Norfolk, VA, and Guantanamo Bay every Tuesday.

In order for legal mail from Petitioner's counsel to be included on the Tuesday flights to Guantanamo Bay, the Department of Defense has established a deadline of 12:00 p.m. on the preceding Thursday for Petitioner's counsel to submit legal mail to the Privilege Team.[1]  The

---

[1] As explained in the Respondents' opposition to Petitioner's motion, the Privilege Team previously requested that it receive legal mail from Petitioner's counsel one week before a

Department of Defense has established this deadline to allow sufficient time for the Privilege

Team to conduct its security review of incoming legal mail and prepare the mail for delivery (*See*

Protective Order § II.D.13.c); transfer the mail from the Privilege Team, based in Crystal City,

VA, to the couriers, based in Ft. Meade, MD; and for the couriers to drive the legal mail to

Norfolk, VA in time for the Tuesday morning flight departure.  The Department of Defense is

cognizant of the need to provide Petitioner's counsel with a reasonable amount of time to submit

legal mail in advance of the plane's departure and has concluded, after considering various

logistical options, that Thursday at noon is the latest time that the Privilege Team can accept

legal mail while still ensuring that the mail will be processed and delivered in time for the

Tuesday morning flight.[2]

    With respect to legal mail sent from Petitioner to his attorneys, the couriers will transport

that mail on the return leg of the Tuesday flight from Guantanamo Bay to Norfolk.  The couriers

will then make arrangements to have the mail transported to the habeas work facility in Crystal

---

scheduled air courier flight.  *See* ECF No 32 at 5 & n.2.  On many occasions, however, the
Privilege Team made accommodations upon request from counsel to accept mail less than one
week in advance of the flight.  Since the filing of that brief in December 2017, the Department of
Defense worked to improve the logistics associated with arranging for the transport of legal mail
to Guantanamo Bay detainees and sent a letter in February 2018 to all of the habeas attorneys
representing Guantanamo Bay detainees providing revised deadlines for the submission of legal
mail to the Privilege Team in a shorter period of time for the months of February and March;
these revised deadlines cut the advance submission requirement to several business days prior to
the plane's scheduled departure.  The new deadlines set forth in this status report provide even
more improvements on this issue.

[2] If due to extenuating circumstances Petitioner's counsel submit mail to the Privilege Team after
the 12 p.m. Thursday deadline but prior to the flight's Tuesday departure, the Privilege Team
will make every effort to process the mail and include it on the Tuesday flight if reasonably
practicable under the circumstances.  In all events, however, arrangements would be made to
comply with the Court's order that legal mail be delivered to Petitioner within 10 days of receipt
by the Privilege Team.

City and delivered to the DoD Privilege Team by Wednesday, the next business day, barring any

unforeseen logistical problems.

These improvements in the legal mail system will increase the speed of delivery and

enable Petitioner and his counsel to exchange legal mail within the 10 day period established by

the Court's February 21, 2018 Order.[3]

Dated:  March 16, 2018                              Respectfully submitted,

                                                   CHAD A. READLER
                                                   Acting Assistant Attorney General, Civil Division

                                                   TERRY M. HENRY
                                                   Assistant Director
                                                   Civil Division, Federal Programs Branch

                                                   /s/ Andrew I. Warden
                                                   ANDREW I. WARDEN (IN Bar #23840-49)
                                                   STEPHEN M. ELLIOTT
                                                   Trial Attorneys
                                                   United States Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   20 Massachusetts Avenue, NW
                                                   Washington, DC 20530
                                                   Tel: (202) 616-5084
                                                   Fax: (202) 616-8470
                                                   E-mail:  Andrew.Warden@usdoj.gov

---

[3] Since the entry of the Court's Order, the Department of Defense has facilitated the exchange of legal mail between Petitioner and his counsel inside of the 10 day period.  First, a letter from Petitioner to his attorneys was provided to the Privilege Team on February 28 and it arrived at the habeas secure facility on March 5.  Second, Petitioner's counsel submitted a letter for Petitioner to the Privilege Team on March 7 and it arrived in Guantanamo Bay on March 12. Third, Petitioner's counsel submitted a letter for Petitioner to the Privilege Team on March 13, and that letter will be transported to Guantanamo Bay on March 19.