**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GULED HASSAN DURAN (ISN 10023), | ) <br> ) <br> ) |
| Petitioner, | ) <br> ) |
| v. | )  Civil Action No. 16-cv-2358 (RBW) <br> ) |
| DONALD J. TRUMP, et al., | ) <br> ) <br> ) <br> ) |
| Respondents. | ) <br> ) |

**STATUS REPORT**

Respondents Donald J. Trump, et al. ("Respondents"), by and through undersigned counsel, respectfully submit this status report. This case arises from a petition for habeas corpus filed by Petitioner Guled Hassan Duran (ISN 10023), a detainee in the custody of the Department of Defense at the Guantanamo Bay Naval Station. On February 21, 2018, the Court instructed Respondents to file monthly reports "regarding the status of its review and production of exculpatory information and other information that must be disclosed pursuant to the Case Management Order applicable to this case." Order, Dkt. No. 39. In accordance with the Order, Respondents provide the following update:

1.   Respondents remain on pace for Department of Justice counsel to complete by August 1, 2018, their review of the materials returned by the Central Intelligence Agency ("CIA") and the Department of Defense ("DOD"). *See* Joint Status Report, Dkt. No. 36, at 7-8. As previously explained, Respondents do not know how long it will take for the relevant agencies to clear for release all of the materials identified as containing exculpatory information,

but anticipate submitting such materials and clearing them for production as appropriate on a rolling basis during the ongoing review. *Id.*

2. Department of Justice counsel have prioritized their review of the materials provided by the CIA. Over the course of the past month, the assigned attorneys have reviewed thousands of documents, as well as submitted three batches of materials to the relevant agencies for clearance. From the materials reviewed this month, approximately 50 documents have been identified as containing exculpatory information and submitted for clearance.

3. On February 1, 2018, Respondents produced to Petitioner a set of documents containing exculpatory information. *See* Joint Status Report, Dkt. No. 36, at 7. And Respondents anticipate that in the very near future, possibly as early as next week, they will be able to make available to Petitioner's counsel at the secure facility another set of documents containing exculpatory information.

4. As previously reported, the Federal Bureau of Investigation ("FBI") initially identified an overwhelming volume of potentially relevant documents. *See* Joint Status Report, Dkt. No. 36, at 5. That said, Respondents can report that they have devised a tentative plan for how the FBI will comply with the terms of the Case Management Order. The FBI, however, is still making inquiries about the logistics of implementing the proposed plan. Thus, Respondents propose that they provide further details about this plan in the April 23, 2018 status report.

5. In the interim, Department of Justice counsel will continue their review of the large volume of CIA and DOD materials. Department of Justice counsel will also continue to submit documents for clearance on a rolling basis and, as appropriate, produce documents to Petitioner's counsel once the clearance process has been completed consistent with the Case Management Order.

Dated: March 23, 2018                              Respectfully submitted,

                                                                 CHAD A. READLER
                                                                 Acting Assistant Attorney General

                                                                 TERRY M. HENRY
                                                                 Assistant Director, Federal Programs Branch


                                                                 */s/ Stephen M. Elliott*
                                                                 STEPHEN M. ELLIOTT
                                                                ROBERT PRINCE
                                                                Trial Attorney
                                                                United States Department of Justice
                                                                Civil Division, Federal Programs Branch
                                                                20 Massachusetts Avenue, N.W., Rm 7318
                                                                Washington, D.C. 20530
                                                                Tel: (202) 305-8177
                                                                Email: stephen.elliott@usdoj.gov

                                                                *Counsel for Respondents*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 23, 2018, I electronically transmitted the foregoing to the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system.

                                            */s/ Stephen M. Elliott*
                                            STEPHEN M. ELLIOTT
                                            Trial Attorney
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Avenue, N.W., Room 7318
                                            Washington, D.C. 20530