IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GULED HASSAN DURAN (ISN 10023),<br><br>*Petitioner*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Respondents*. | Civil Action No. 16-cv-2358 (RBW) |

**JOINT STATUS REPORT**

The parties, by and through their undersigned counsel and pursuant to the Court's April 2, 2019 Order, ECF No. 68, respectfully submit this joint status report:

1. On June 25, 2019, counsel for the parties met and conferred at an appropriate secure facility regarding outstanding discovery issues. Counsel engaged in fruitful discussions and have narrowed the discovery issues still in dispute. The Government has agreed to make certain supplemental document productions to Petitioner by July 31, 2019, and the parties are still conferring about several other discovery issues.

2. The parties have identified five outstanding discovery issues that will have to be litigated. These issues are listed in the parties' classified supplement to this status report, submitted via the Court Information Security Officer on the same day as this filing. The supplement also provides an update on an issue addressed at the January 29, 2019 status hearing.

3. The parties respectfully propose the following briefing schedule with respect to the five issues listed in the supplement and any other document-related discovery issues the parties are unable to resolve themselves:

    (a) Petitioner shall file his motion to compel on or before September 30, 2019.

    (b) The Government shall file its opposition on or before November 30, 2019.

    (c) Petitioner shall file his reply on or before December 31, 2019.

Dated: June 28, 2019                       Respectfully submitted,

/s/ *J. Wells Dixon*
J. Wells Dixon (Pursuant to LCvR 83.2(g))
Shayana D. Kadidal (D.C. Bar No. 454248)
Omar A. Farah (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6423; Fax: (212) 614-6499
wdixon@ccrjustice.org
skadidal@ccrjustice.org
ofarah@ccrjustice.org

Counsel for Petitioner

 -and-

JOSEPH H. HUNT
Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

/s/ *Kenneth E. Sealls*
KENNETH E. SEALLS (D.C. Bar # 400633)
Trial Attorney

ROBERT J. PRINCE (D.C. Bar # 975545)
Senior Trial Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11520
Washington, D.C. 20005
Tel: (202) 305-1953; Fax: (202) 616-8460
Email: Kenneth.Sealls@usdoj.gov

Counsel for Respondents