**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GULED HASSAN DURAN (ISN 10023), | : | |
| Petitioner, | : | |
| v. | : | Case No. 16-cv-2358 (RBW) |
| DONALD J. TRUMP, *et al.*, | : | |
| Respondents. | : | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that Petitioner has filed with the Court, via submission to the Court Security Office, a motion for appointment of his medical expert dated July 30, 2019. The motion was filed *ex parte* pursuant to the Court's minute order dated June 4, 2019.

Dated: July 31, 2019

Respectfully submitted,

/s/ J. Wells Dixon

J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6423
Fax: (212) 614-6499
wdixon@ccrjustice.org

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, I caused the foregoing notice to be filed with the Court and served on counsel for all parties via the Court's CM/ECF system.

/s/ J. Wells Dixon
J. Wells Dixon