**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GULED HASSAN DURAN (ISN 10023),<br>Petitioner,<br>v.<br>DONALD J. TRUMP, et al.,<br>Respondents. | Civil Action No. 16-2358 (RBW) |

## ORDER

Upon consideration of the petitioner's Ex Parte Motion for Authorization to Obtain Expert Medical Services, and for good cause shown, it is hereby

**ORDERED** that this motion is **GRANTED**. It is further

**ORDERED** that, on or before October 25, 2019, the petitioner shall provide to the respondents the parameters of his requested medical examination and a notification as to whether any medical equipment will be necessary to conduct the examination. It is further

**ORDERED** that, on or before November 4, 2019, the respondents shall notify the petitioner of their objections, if any, to the requested medical examination and whether any conditions must be employed while the medical examination of the petitioner is being conducted. It is further

**ORDERED** that the parties shall forthwith bring any disputes to the Court's attention.

**SO ORDERED** this 15th day of October, 2019.

REGGIE B. WALTON
United States District Judge