**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GULED HASSAN DURAN (ISN 10023),

*Petitioner*,

v.

DONALD J. TRUMP, *et al.*,

*Respondents*.

Civil Action No. 16-cv-2358 (RBW)

**DEFENDANT'S NOTICE OF**
**WITHDRAWAL OF APPEARANCE AS TO ROBERT PRINCE**

Respondents hereby provide notice that, as of May 24, 2020, undersigned counsel Robert J. Prince has taken a new job and will no longer be employed by the Federal Programs Branch of the U.S. Department of Justice Civil Division.  Accordingly, Mr. Prince provides notice of his withdrawal of appearance.  Respondents will continue to be represented by other Department of Justice attorneys who have entered appearances in this case and have not themselves withdrawn.

May 22, 2020                                 Respectfully submitted,

                                            JOSEPH H. HUNT
                                            Assistant Attorney General

                                            ALEXANDER K. HAAS
                                            Director

                                            TERRY M. HENRY
                                            Assistant Branch Director

                                            */s/ Robert J. Prince*
                                            ROBERT J. PRINCE
                                            D.C. Bar No. 975545
                                            Senior Trial Counsel

                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, NW, Room 11010
                                            Washington, DC 20005
                                            Tel: (202) 305-3654
                                            Email: robert.prince@usdoj.gov

                                            *Counsel for Defendant*