# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GULED HASSAN DURAN (ISN 10023), ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 16-2358 (RBW) |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the motion hearing held on May 29, 2020, it is hereby

**ORDERED** that, on or before June 30, 2020, the parties shall confer by telephone to determine whether the Protective Order in this case can be amended to provide the protections that the petitioner's counsel believes are necessary to adequately represent the petitioner. It is further

**ORDERED** that, on or before June 30, 2020, the respondents shall determine whether there is a means for the petitioner's counsel to have secure and classified telephonic communications with the petitioner during the COVID-19 pandemic. It is further

**ORDERED** that, on June 30, 2020, at 10:00 a.m., the parties shall appear before the Court via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#) for a continuation of the May 29, 2020 motion hearing.

**SO ORDERED** this 1st day of June, 2020.

REGGIE B. WALTON<br>
United States District Judge