UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GULED HASSAN DURAN (ISN 10023), | ) ) ) |
| Petitioner, | ) ) |
| v. | ) )  Civil Action No. 16-2358 (RBW) |
| DONALD J. TRUMP, et al., | ) ) ) |
| Respondents. | ) ) |

**ORDER**

In accordance with the oral rulings issued by the Court at the motion hearing held on June 30, 2020, it is hereby

**ORDERED** that, on or before July 14, 2020, the parties shall submit to the Court their agreed-upon modification of the Protective Order in this case. It is further

**ORDERED** that, on or before July 31, 2020, the parties shall submit a joint status report regarding the status of the government's declassification of the classified documents in this case. It is further

**ORDERED** that, on August 19, 2020, at 10:00 a.m., the parties shall appear before the Court for a continuation of the June 30, 2020 motion hearing.

**SO ORDERED** this 1st day of July, 2020.

REGGIE B. WALTON
United States District Judge