IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GULED HASSAN DURAN (ISN 10023),<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Respondents. | Civil Action No. 16-2358 (RBW) |

**JOINT MOTION TO EXTEND BY ONE WEEK THE TIME TO FILE AN AGREED-UPON MODIFICATION OF THE PROTECTIVE ORDER IN THIS CASE**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LCvR 7, the parties respectfully move to extend the time to submit an agreed-upon modification of the Protective Order in this case, which is currently due to be submitted by July 14, 2020, *see* Order, ECF No. 95, to July 21, 2020.

The parties request the additional week to file the agreed-upon modification so that Respondents, who on July 9, 2020, received Petitioner's proposal for the agreed-upon modification, may have sufficient time to coordinate and respond regarding the proposal, particularly because persons with whom Respondents must coordinate will be unavailable until the week beginning July 13, 2020.  The parties jointly request the relief sought in this motion.  No previous extension on the parties' time for filing the agreed-upon modification has been requested, and the requested extension will not impact any other deadlines in this case.  A proposed Order accompanies this motion.

Wherefore, good cause existing for the one-week extension, the Court should grant this motion.

Dated: July 13, 2020                           Respectfully submitted,

/s/ *J. Wells Dixon*
J. Wells Dixon (Pursuant to LCvR 83.2(g))
Shayana D. Kadidal (D.C. Bar No. 454248)
Omar A. Farah (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6423; Fax: (212) 614-6499
wdixon@ccrjustice.org
skadidal@ccrjustice.org
ofarah@ccrjustice.org

Counsel for Petitioner

 -and-

ETHAN P. DAVIS
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

TERRY M. HENRY
Assistant Branch Director

/s/ *Kenneth E. Sealls*
KENNETH E. SEALLS (D.C. Bar # 400633)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11520
Washington, D.C. 20005
Tel: (202) 305-1953; Fax: (202) 616-8460
Email: Kenneth.Sealls@usdoj.gov

Counsel for Respondents