IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GULED HASSAN DURAN (ISN 10023),<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Respondents. | Civil Action No. 16-2358 (RBW) |

**NOTICE REGARDING THE FILING OF AN AGREED-UPON MODIFICATION OF THE PROTECTIVE ORDER IN THIS CASE**

The parties, by their undersigned counsel, hereby respectfully notify the Court of their filing the accompanying Stipulation of the Parties and Order Regarding Modification of the Protective Order, which they are filing pursuant to the Court's Order dated July 1, 2020, ECF No. 95.

Dated: July 21, 2020

Respectfully submitted,

/s/ *J. Wells Dixon*
J. Wells Dixon (Pursuant to LCvR 83.2(g))
Shayana D. Kadidal (D.C. Bar No. 454248)
Omar A. Farah (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6423; Fax: (212) 614-6499
wdixon@ccrjustice.org
skadidal@ccrjustice.org
ofarah@ccrjustice.org

Counsel for Petitioner

-and-

ETHAN P. DAVIS
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

TERRY M. HENRY
Assistant Branch Director

/s/ *Kenneth E. Sealls*
KENNETH E. SEALLS (D.C. Bar # 400633)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11520
Washington, D.C. 20005
Tel: (202) 305-1953; Fax: (202) 616-8460
Email: Kenneth.Sealls@usdoj.gov

Counsel for Respondents