UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GULED HASSAN DURAN (ISN 10023), | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 16-2358 (RBW) |
| DONALD J. TRUMP, et al., | ) |
| Respondents. | ) |

## ORDER

Upon consideration of the respondents' Unopposed Motion for Extension of Time for Respondents to Respond to the Court's October 7, 2020 Order, and for good cause shown, it is hereby

**ORDERED** that the respondents' Unopposed Motion for Extension of Time for Respondents to Respond to the Court's October 7, 2020 Order, ECF No. 107, is **GRANTED**. It is further

**ORDERED** that the deadline for the respondents to respond to the Court's October 7, 2020 Order is **EXTENDED** to November 13, 2020.

**SO ORDERED** this 20th day of October, 2020.

REGGIE B. WALTON
United States District Judge