UNCLASSIFIED//FOR PUBLIC RELEASE

~~TOP SECRET~~

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GULED HASSAN DURAN (ISN 10023), ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, ) <br> President of the United States, et al., ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 16-2358 (RBW) |

ORDER

In accordance with the oral rulings issued by the Court during the motions hearing on October 2, 2020, it is hereby

**ORDERED** that, on or before October 16, 2020, the respondents shall submit an <u>ex parte</u> filing to the Court, identifying the reasons as to their failure to disclose ▆▆▆ evidences as ▆▆▆

**SO ORDERED** this 7th day of October, 2020.

REGGIE B. WALTON
United States District Judge

~~TOP SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE