## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GULED HASSAN DURAN (ISN 10023), | |
| Petitioner, | |
| v. | Case No. 16-cv-2358 (RBW) |
| DONALD J. TRUMP, *et al.*, | |
| Respondents. | |

### UNOPPOSED MOTION FOR ORDER TO PRODUCE TRANSCRIPT

Petitioner Guled Hassan Duran, by and through his undersigned counsel, respectfully submits this motion for an order authorizing the court reporter to prepare a transcript of the non-*ex parte* portions of the classified motions hearing held on October 2, 2020, for production to undersigned counsel via the Court Security Office. The parties have conferred, and Respondents do not oppose the requested relief.

On October 2, 2020, the Court held a classified hearing to address Petitioner's discovery motion and Respondents' cross-motion for an exception to disclosure. *See* ECF Nos. 73, 78. Thereafter, Petitioner's counsel submitted a request for the transcript of the non-*ex parte* portions of the hearing via the Court's website. On January 24, 2021, Petitioner's counsel was informed by the court reporter that because the proceeding on October 2 was a classified hearing, a court order was required before the transcript could be prepared for counsel. Petitioner's counsel consulted with the Court Security Office and Respondents' counsel, and respectfully submits this motion for such an order to produce the transcript to counsel.

Good cause exists to grant the request for at least three reasons. First, the government does not oppose the requested relief. Second, the transcript will materially assist Petitioner's counsel in preparation of Petitioner's challenge to the factual and legal basis for his detention, including any additional discovery-related litigation, as well as Petitioner's eventual traverse. Third, Petitioner's counsel are appropriately cleared and have a need to know the classified information contained in the non-*ex parte* portions of the transcript.

## Conclusion

For all of the foregoing reasons, and for good cause shown, the motion should be granted.

Dated:   January 27, 2021

                        Respectfully submitted,

                        /s/ J. Wells Dixon
                        J. Wells Dixon (Pursuant to LCvR 83.2(g))
                        CENTER FOR CONSTITUTIONAL RIGHTS
                        666 Broadway, 7th Floor
                        New York, New York 10012
                        Tel:  (212) 614-6423
                        wdixon@ccrjustice.org

                        *Counsel for Petitioner*

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2021, I caused the foregoing motion to be filed with the Court and served on counsel for Respondents via the Court's CM/ECF system.

                        /s/ J. Wells Dixon
                        J. Wells Dixon