UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GULED HASSAN DURAN (ISN 10023), )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JOSEPH R. BIDEN, in his official capacity )<br>as President of the United States, et al., )<br>)<br>Respondents. )<br>) | Civil Action No. 16-2358 (RBW) |

## ORDER

Upon consideration of the petitioner's Unopposed Motion for Order to Produce Transcript, and for good cause shown, it is hereby

**ORDERED** that the petitioner's Unopposed Motion for Order to Produce Transcript, ECF No. 117, is **GRANTED**. It is further

**ORDERED** that the court reporter shall provide a transcript of the non-ex parte portions of the classified motions hearing held on October 2, 2020, to the United States Court Security Office for delivery to the petitioner's counsel.

**SO ORDERED** this 4th day of February, 2021.

REGGIE B. WALTON
United States District Judge