# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GULED HASSAN DURAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 16-cv-2358 (RBW) |
| ) | |
| JOSEPH R. BIDEN, Jr., in his official capacity ) | |
| as President of the United States, et al., ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF CLASSIFIED EX PARTE, IN CAMERA FILING

Respondents hereby inform the Court and Petitioner that they have filed today[1] their Second Ex Parte Supplement to Their Motion for an Exception from Disclosure Pursuant to Section I.D of the Case Management Order. Because this document contains classified information, it was filed by delivering it to the Court Information Security Officers.

//

//

//

---

[1] Respondents had initially informed the Court that they hoped to file this supplement by 5 February 2021. Subsequently, Respondents informed the Court that they anticipated filing by last Friday, 19 February 2021. Weather and the associated office closings on Thursday, 18 February, prevented Respondents from filing last Friday.

| | |
|---|---|
| 22 February 2021 | Respectfully submitted. |
| | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| | ALEXANDER K. HAAS<br>DIRECTOR |
| | TERRY M. HENRY<br>Assistant Branch Director |
| |   /s/ Ronald J. Wiltsie<br>RONALD J. WILTSIE (D.C. 431562)<br>Senior Trial Counsel<br>MICHAEL H. BAER (NY 5384300)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW; Room 7510<br>Washington, D.C. 20530<br>Tel: 202/307-1401/Fax: 202/616-8460<br>ronald.wiltsie@usdoj.gov<br>Counsel for Respondents |