UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GULED HASSAN DURAN (ISN 10023),  )<br>  )<br>Petitioner,  )<br>  )<br>v.  )<br>  )<br>JOSEPH R. BIDEN, JR., in his official capacity )<br>as President of the United States, et al.,  )<br>  )<br>Respondents.  )<br>  ) | Civil Action No. 16-2358 (RBW) |

**ORDER**

Upon consideration of the petitioner's Unopposed Motion for Extension of Time, ECF No. 122, and for good cause shown, it is hereby

**ORDERED** that the petitioner's Unopposed Motion for Extension of Time, ECF No. 122, is **GRANTED**. It is further

**ORDERED** that, on or before April 9, 2021, the petitioner shall submit his response to the respondents' Second Ex Parte Supplement to Their Motion for an Exception to Disclosure Pursuant to Section I.D of the Case Management Order.

**SO ORDERED** this 4th day of March, 2021.

REGGIE B. WALTON
United States District Judge