UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GULED HASSAN DURAN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOSEPH R. BIDEN, JR., et al., ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 16-2358 (RBW) |

**ORDER**

Upon consideration of the petitioner's Motion for Extension of Time Regarding Proposed Trial Schedule, ECF No. 161, and for good cause shown, it is hereby

**ORDERED** that the petitioner's Motion for Extension of Time Regarding Proposed Trial Schedule, ECF No. 161, is **GRANTED**.  It is further

**ORDERED** that the proposed schedule articulated in the Parties' Response to the Court's August 4, 2024, Order, ECF No. 156, is **CONTINUED** pending further order of the Court.  It is further

**ORDERED** that sixty-days from the date of the Court's forthcoming Order resolving the pending discovery disputes, the petitioner shall file his traverse.[1]

**SO ORDERED** this 30th day of September, 2024.

REGGIE B. WALTON
United States District Judge

---

[1] Absent extraordinary circumstances, the Court anticipates issuing the above referenced Order within thirty days from the issuance of this Order.