**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GULED HASSAN DURAN (ISN 10023), | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 16-2358 (RBW) |
| DONALD J. TRUMP, et al., | ) ) | |
| Respondents. | ) ) ) | |

## ORDER

In light of the Court's imminent transmission of its classified Memorandum Opinion & Order resolving the parties' pending discovery motions,[1] it is hereby

**ORDERED** that the petitioner's Motion for Rulings on Outstanding Motions, ECF No. 175, is **GRANTED**.

**SO ORDERED** this 18th day of May, 2026.

REGGIE B. WALTON
United States District Judge

---

[1] With only non-substantive tasks (e.g., reviewing citations to ensure conformity with the Bluebook) remaining before the Memorandum Opinion & Order will be transmitted to the respondents for redaction, the Court anticipates issuing its Memorandum Opinion & Order within 14 days of this Order.