**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————— x
                     :
GULED HASSAN DURAN (ISN 10023),    :
                     :
          Petitioner,     :
                     :
         v.       :    Case No. 16-cv-2358 (RBW)
                     :
DONALD J. TRUMP, *et al.*,      :
                     :
         Respondents.  :
                     :
———————————————————— x

## <u>NOTICE OF CLASSIFIED FILINGS BY ISN 10023 -- MR. GULED HASSAN DURAN</u>

On July 31, 2026, Petitioner filed the following classified motions with the CISO.

    1.     Petitioner's Motion to Exclude Factual Return Exhibit 64.

    2.     Petitioner's Motion to Exclude Associated Forces Allegations. and

    3.     Petitioner's Second Motion to Compel Discovery.

Dated: July 31, 2026

                         Respectfully submitted,

                         /s/ J. Wells Dixon
                         J. Wells Dixon (Pursuant to LCvR 83.2(f))
                         CENTER FOR CONSTITUTIONAL RIGHTS
                         666 Broadway, 7th Floor
                         New York, New York 10012
                         Tel: (212) 614-6423
                         wdixon@ccrjustice.org

                         Sabrina Shroff (D.D.C. Bar No. NY0481)
                         730 Third Avenue, 16th Floor
                         New York, New York 10017
                         Tel: (646) 763-1490
                         Sabrinashroff@gmail.com

                         Counsel for Petitioner Guled Hassan Duran